cc: filer, SASP

ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

CIVIL NO. CV26 00205 SASP WRP

Date September 30, 2026

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 10 2026
at 9 o'clock and 35 min. a M
Lucy H. Carrillo, Clerk

**RESPONSE TO MOTION TO DISMISS. MOTION TO STRIKE.**

---

TODD ALAN DUELL,

Plaintiff,

vs.

CALIFORNIA FRANCHISE TAX BOARD, et. al.

Defendants.

COMES NOW, Todd: Duell., perfected secured party and creditor for the entity "TODD ALAN DUELL" TRUST who files this MOTION TO DIMISS and MOTION TO STRIKE against all Defendants who continue to refuse to produce their accounting records to the Board of Trustees for the TODD ALAN DUELL TRUST to properly file and report taxes to the IRS.

**INTRODUCTION**

# DEMAND TO CLOSE ALL ACCOUNTS

Defendant's response and request to dismiss for immunity and failure to state a claim is nonsensical and prolix and should be stuck by this court. None of the supporting case law or arguments has anything to do with their fiduciary capacity or obligations to produce certified accounting records or to perform an equitable accounting in accordance with GAAP/GAAS standards under UCC § 9-210 for the securities at bar. Their response appears to confirm that they are in a fiduciary position for the Public Charitable Trust.

Defendants are suggesting that by misusing the intent of "failure to state a claim," that they have no fiduciary liability to maintain any accounting records and books (26 USC § 6001) and no securities to arrest and attach to the case constructive trust and therefore have admitted to having no right to in rem proceedings and no standing and have clearly violated the 6th Amendment NATURE of their accusations in violation of Faretta v California and Rosen v United States for the production of the discovery for the accounting; "Bill of Particulars." Defendants are the ones who continue to "fail to state a claim for which relief can be granted" – they cannot produce any of the demanded certified accounting records or securities at bar being maintained by the non bank trustee brokers and are willfully misleading and defrauding this court and the creditor(s).

Given there are CUSIPs for the securities at bar, continuing to make fraudulent and false statements to conceal and defraud this court and the creditor(s) of an accounting remedy is simply continuing evidence to this court of nefarious suppression and concealment of evidence outside the trial and appellate court, which is fraud as defined by the IRS under IRM § 25.1.1.3, and subjects the Defendants to a full forensic audit under 26 USC §§ 7201-7206 in accordance with IRM § 9.1.3 and SEC Rule 10b-5. The state statutes mirror the federal statutes for accounting and securities.

Plaintiff is aware that the Defendant's broker is the non bank trustee and is required by the IRS and the SEC to keep all accounting records and has the securities at bar in their possession and/or has access to full electronic copies of the original securities at bar, which can be supplied to this court by a protective order "in camera" in the nature of FRCP Rule 26(c) by a **Writ of**

**Execution**. The ownership of the securities is being directly attacked by the perfected secured party and creditor by the crux of aggravated identity theft.

Defendants have already admitted to an accounting as they are claiming a penalty sum is due. Plaintiff is making a direct attack and challenging the Defendants to produce the certified accounting records and securities at bar for the crux of aggravated identity theft in violation; 18 USC § 1028A and failure to derecognize the transfer of liabilities from their general ledger and balance sheet; 18 USC § 1350. Defendants have retained all the civil and criminal liability. Once the accounting records and securities come forward from the non bank trustee broker(s), the Principal, Surety, and Secondary Obligor will be properly identified to settle the accounting through equitable subrogation via suretyship (UCC §§ 3-601-606). Either the Defendants can produce the accounting and secondary obligor and process the supersedeas bond or they admit to unjust enrichment and disgorgement and refusal of tender, which is discharge; UCC § 3-603(b). **This nonsensical and absurd accounting game has gone on far too long. The Defendants cannot prove their certified GAAP/GAAS accounting records (UCC § 9-210) and are defrauding the Plaintiff of a remedy and the alleged creditor(s) by unjust enrichment and disgorgement. The GAAP/GAAS accounting ledgers and balance sheets will prove this as a fact on the record of this court.**

Plaintiff retains all rights to file a **Writ of Execution** for discovery against the known and other discoverable non bank trustee brokers to produce the accounting records and the securities at bar. The ownership of the securities is being directly attacked and challenged by the Plaintiff as the perfected secured party and creditor.

This case is about accounting. Therefore, due process requires an accounting discovery be produced by the Defendants. Arguing against producing accounting records is evidence to this court that the Defendants are operating in a **DEBTOR** capacity. Malia Cohen, State Controller is the auditor for the Defendants, with full power and statutory authority to audit without a court order. Malia Cohen received the IRS audit package and failed and refused to respond to the accounting audit request or to challenge the supplied accounting ledgers for the IRS 1099 A, C, B, and OID based on the supplied CUSIPs and account information.

Anyone that argues against producing their accounting records is concealing fraud IRM § 251.1.3. Either the STATE OF CALIFORNIA agrees to settle and close the accounts or they have no claim and no standing and have agreed to refusal of tender, which is discharge.

# DEMAND TO CLOSE ALL ACCOUNTS

## AFFIDAVIT OF STATEMENT OF INDISPUTABLE FACTS

I, Todd Duell, declare the following is true and correct under penalty of perjury, to the best of my knowledge and beliefs in accordance with 28 USC § 1746(a) and expressly without the United States, 28 USC § 3002(15)(A, B, C), UCC § 9-307(h), under original jurisdiction.

1. All constructive trusts for the entity "TODD ALAN DUELL" have been revoked and revested. See Restatement 3rd on Trusts § 8.2.2.2, 1, 55, 95, 26 USC §§ 671-677.

2. The estate for the entity "TODD ALAN DUELL" was transferred and conveyed to a complex irrevocable trust named "TODD ALAND DUELL TRUST" bearing EIN 87-**6**XXXXXX [Redacted], ***nunc pro tunc***.
3. Todd Duell is the holder in due course of all contracts, agreements, security agreements, and the securities for the entity "TODD ALAN DUELL."
4. The Social Security Account bearing XXX-XX-0046 [Redacted] is closed for debits and credits and the exemption account is open only for adjustment and setoff.
5. See the source of the credit (Page 7 chart for the monetization of the Birth Certificate by the State OF California) "Vital Records and Vital Statistics in the United States: Uses, Users, Systems, and Sources of Revenue:" https://ncvhs.hhs.gov/wp-content/uploads/2018/01/NCVHS_Vital_Records_Uses_Costs_Feb_23_2018-1.pdf
6. Todd Alan Duell, is the perfected secured party, **CREDITOR**, grantor, bailor, owner, obligor, and beneficiary in this legal relation. See COLORADO UCC-1 20212079883.
7. The Private Registered Bond for setoff is backed by the CUSIP **77958D101**.
8. The STATE OF CALFORNIA has a Supersedeas bond in their possession for setoff and discharge of all obligations backed by the exemption account and/or the Private Registered Bond.
9. The Perfected Secured Party and CREDITOR reserves all rights to revoke and revest (26 USC §§ 671-677) said security instruments in the known amount of the principal $100,000,000 for fiduciary fraud and restraint of trade in violation of 15 USC §§ 1, 2. And file IRS Forms 941, 1099 A, C, and B on behalf of the Trust to force an accounting remedy

and recoupment through the IRS and US Treasury Department, Federal Reserve Bank, and International Monetary Fund for failing to document the CUSIP accounting on the US Standard General Ledger to settle all claims.

10. The STATE OF CALIFORNA refuses to make the exemption account available as principal for adjustment, setoff, settlement, discharge, recoupment, and closure of all accounts. This appears to be fiduciary fraud to refuse an equitable accounting in the nature of the Restatement 3rd on Trusts § 1, 55, 95, which is unjust enrichment and disgorgement.
11. The STATE OF CALIFORNIA and its municipal franchise agencies are operating in **DEBTOR** capacity in this legal relation.
12. The **DEBTOR** [STATE OF CALIFORNIA] owes the perfected secured party **CREDITOR** [Todd Duell] an equitable accounting for setoff and discharge and closure of all accounts.
13. The STATE OF CALFORNA received a full IRS criminal complaint to audit the accounting and securities for aggravated identity theft, accounting fraud, concealment, embezzlement, tax evasion, and securities fraud.

**Figure 2. Current death registration process for a state vital records jurisdiction**




Legend for Figure 2:
—— Solid black and green lines denote typical processes and payments, respectively
- - - - Dashed black and green lines denote other, less common processes and payments, respectively

CMS = Centers for Medicare and Medicaid Services
CR = Cancer Registry
DMF = Death Master File
DMV = Department of Motor Vehicles
DoD = U.S. Department of Defense
DoS = U.S. Department of State
ED = Emergency Department
EDRS = Electronic Death Registration System
EHR-S = Electronic Health Record System
EVVE = Electronic Verification of Vital Events
EVVE FOD = Electronic Verification of Vital Events Fact of Death
IIS = Immunization Information System
LADMF = Limited Access Death Master File
ME/C = Medical Examiner / Coroner
NCHS = National Center for Health Statistics
NDI = National Death Index
NTIS = National Technical Information Service
NVDRS = National Violent Death Reporting System
SAMS = Secure Access Management Services
SHD = State Health Department
SSA = Social Security Administration
STEVE = State and Territorial Exchange of Vital Events System
VRO = Vital Records Office
VRS = Vital Registration System
VSCP = Vital Statistics Cooperative Program

## Uses and users of identified birth and death records

Uses and users of identified[3] birth and death records are shown in Tables 1 and 2, respectively. These uses and users include individuals who use their birth certificate to establish their identity for various legal and administrative purposes; the Social Security Administration (SSA), which uses birth data to facilitate the issuance of Social Security Numbers (SSN) to persons born in the United States and death data to terminate the payment of benefits; and private organizations, which use death data to pay benefits and to prevent fraud.

[3] "Identified records" refers to one or more of records, each of which contains information sufficient to identity the subject of the record, such as name, name of mother, and location and date of birth on a birth record.

## RIGHT TO DUE PROCESS TO EQUITIABLE ACOCUNTING DEMANDED

There is no statute or case law that can be argued to evade the production of accounting records when directly attacked, including for the crux of aggravated identity theft. In fact, the State statues for California for accounting fraud mirror the federal statutes. In the nature of Marinello v United States, 584 US 1 (2018) once accounting fraud is declared the party who has the accounting in their possession must retain all the records for a potential audit; a provision in 26 USC § 7212(a) known as the Omnibus Clause, "Held: To convict a Defendant under the Omnibus Clause, the Government must prove the Defendant was aware of a pending tax-related proceeding, such as a particular investigation or audit, or could reasonably foresee that such a proceeding would commence. Pp 1105-1110". Although the Plaintiff is not the IRS, Plaintiff has made repeated demands to the Defendants to certify the accounting records and produce the fraudulent securities at bar from their non bank trustee and broker to the extent that Plaintiff has to repeatedly bring the Defendants into court and waste the time of this court for an accounting remedy. This court has the authority to grant the production of discovery of the accounting records even by state accounting statutes. The STATE OF CALIFORNIA has a nexus with HAWAII as Todd Duell is a resident of the STATE OF HAWAII. See International Shoe Co. v Washington, 326 US 310 (1945), SETTLED, and banc for personal jurisdiction over an out-of-state Defendant if the Defendant has a "minimum contact" with the forum state such that maintaining the lawsuit does not offend the "traditional notions of fair play and substantial justice."

The issue of nefarious accounting fraud and aggravated identity theft (18 USC § 1028A), which is the crux of this complaint by the use of the Social Security Number and other identifying

information to create fake accounting records and fraudulent securities without consent or authority (18 USC §§ 472, 475), is confirmed in the nature of Dubin v United States, 599 US 110 (2023) "In sum, § 1028A(a)(1)'s title and text are mutually reinforcing. Both point toward requiring the means of identification to be at the crux of the criminality."

All constructive trusts have been revoked and revested (26 USC §§ 671-677) as a result of willful fraud (IRM § 9.1.3 "Criminal Statutory Provisions and Common Law"). An equitable accounting is due – Restatement 3rd on Trusts § 1, 55, 95. The fiduciaries who control and maintain these accounts and have embezzled the funds due to the creditor(s) now owe the skip taxes in violation of 26 USC § 108(I)(4)(b), 26 USC §§ 2612, 2603.

Plaintiff contends, that if the STATE OF CALIFORNIA continues to refuse to produce any GAAP/GAAS accounting records (26 USC §§ 7201-7206, UCC § 9-210), that they have no standing and should be ordered by this court to cease all collection activities.

## WILLFUL VIOLATIONS BY THE STATE OF CALIFORNIA

The STATE OF CALIFORNIA continues to operate outside the constraints of the **6th AMENDMENT** by refusing to state on the record of the court the civil and commercial **NATURE** of their accusations. Faretta v California, 422 US 806 (1975) [Settled, en banc]. Citation not required. The STATE must state on the record of the court the civil and commercial NATURE of their accusation for the original action.

The STATE OF CALIFORNIA continues to refuse to state the law form jurisdiction upon which they are moving in the original action. See United States Constitution, Article 3, § 2. The action

was not under common law (Erie Railroad v Tompkins, 304 US 64 (1938). The action was clearly in the contractual nature of colorable **vice-admiralty** jurisdiction. See The Glide, 167 US 606 (1897), The Corsair, 145 US 335 (1892), and Jackson et al. Steamboat Magnolia, 61 US 296 (1857), in which the courts are described under the Constitution with statutory jurisdiction conferred and exercised as "vice admiralty" for both torts and injuries, pp 306, 310, 311, 316, 327, 328, 329, 330, which case also describes the long battle over the courts of law and the courts of admiralty to do away with courts of equity. Given law and equity were merged in 1938 (Erie) and admiralty and maritime were merged in 1966 under the Uniform Commercial Code, equity is not dead. Due process by equity is an equitable accounting by suretyship under Article 3 of the Uniform Commercial Code by the special deposit of the Supersedeas bond accepted by the Clerk of the Court; UCC §§ 3-601-606, which deals with discharge of the parties liable on a negotiable instrument where the holder impairs collateral, or the right of recourse.

Due process is a required element for judicial or equitable accounting. See Mullane v. Central Hanover Bank & Trust Co., 339 US 306 (1950) The mandate for due process for accounting is:

1) **Direct Notice to Known Individuals** – The named Defendants in this action, including Malia Cohen, State Auditor, were sent the ledgers and IRS audit and failed and refused to respond.
2) **Sufficiency of Publication** — The complaint is filed in this court for the Defendants to respond with the certified accounting records and securities at bar.
3) **Opportunity to Object** — The Defendants have not properly objected and in fact refuse to produce any accounting records for discovery and appear to be refusing tender, which is discharge UCC § 3-603(b). The Plaintiff has produced a certified accounting ledger and

IRS criminal complaints, which are already lodged with the IRS Criminal Investigation Division and TIGTA for fraud under 26 USC § 7263(a).

Rosen v United States, 161 US 29 (1896) [Settled, en banc]. Citation not required. The STATE must produce a certified accounting for the "Bill of Particulars," which has been at the crux of the complaint in conjunction with aggravated identity theft since the inception of the original action.

Brady v Maryland, 373 US 83 (1963) [Settled, en banc]. Citation not require for the production of exculpatory evidence. The STATE continues to suppress evidence outside the trial and appellate court for the certified accounting records and the securities at bar. The non bank trustee broker is required by the IRS and SEC to maintain the accounting records and securities at bar. This evidence is discoverable by due process. See the nature of Mathews v Eldridge, 424 USC 319 (1976) Settled en banc, citation not required for due process to reduce the risk of [accounting] error.

## RIGHT TO PRIVATE CITIZEN ARREST

**HRS §803-3 By person present.** Anyone in the act of committing a crime, may be arrested by any person present, without a warrant. [PC 1869, c 49, §3; RL 1925, §3969; RL 1935, §5402; RL 1945, §10703; RL 1955, §255-3; HRS §708-3; ren L 1972, c 9, pt of §1]

**Attorney General Opinions**

A police officer may arrest without a warrant if the police officer has probable cause to believe an offense is being committed in the police officer's presence, even though it be a violation. Att. Gen. Op. 76-4.

**Case Notes**

Arrest without warrant, legal. 14 H. 586 (1903).

Police officer may arrest for a misdemeanor without warrant if, based on personal knowledge, police officer has probable cause to believe offense is being committed in police officer's presence. 56 H. 383, 538 P.2d 320 (1975).

This authority extends to misdemeanors. 56 H. 675, 548 P.2d 268 (1976).

**2025 California Code**

**Penal Code - PEN**

**PART 2 - OF CRIMINAL PROCEDURE**

**TITLE 3 - ADDITIONAL PROVISIONS REGARDING CRIMINAL PROCEDURE**

**CHAPTER 5 - Arrest, by Whom and How Made**

**Section 837.**

837. A private person may arrest another:

1. For a public offense committed or attempted in his presence.

2. When the person arrested has committed a felony, although not in his presence.

3. When a felony has been in fact committed, and he has reasonable cause for believing the person arrested to have committed it.

*(Enacted 1872.)*

## SUMMARY

## REQUEST FOR RELIEF; DEMAND TO SETTLE AND CLOSE THE ACCOUNTS

Any person that refuses to produce the accounting (26 USC §§ 7201-7206, UCC § 9-210) to the perfected secured party and creditor for the TODD ALAN DUELL TRUST for this court, post revoking and revesting all constructive trusts (26 USC §§ 671-677) will be reported directly to the IRS Criminal Investigation Division and TIGTA for investigation and possible criminal prosecution – 26 USC § 7263(a).

Accounting due process is not up to this court to deny. Known values exist in the principal amount of $100,000,000 for the Private Registered Bond. This is notice being sent directly to the Defendants in their PUBLIC fiduciary capacity of the Public Charitable Trust to pay and perform and close all accounts:

1. Strike all motions filed by the Defendants that refuse to produce an equitable accounting and the securities at bar.
2. Allow the perfected secured party and creditor to file a Writ of Execution for discovery of the accounting records and securities at bar in the possession of the non bank trustee and broker.

3. Order the Defendants to process the specially deposited Supersedeas bond and settle the accounting claims of the alleged creditor(s). Make the exemption available as principal and adjust, setoff, settle, discharge, and close the accounts.

OR

4. Admit to refusal of tender, which is discharge of all obligations: UCC § 3-603(b).
5. Return the amount of question $157.083.24 to the perfected secured party CREDITOR, or an IRS 1099 A, C, and B will be filed with the IRS and US Treasury Department to take the money back by operation of law; 26 USC § 6331 – Levy and Distraint.

AND/OR

6. An IRS 1099 A, C, and B will be filed with the IRS and US Treasury Department on the behalf of the TODD ALAN DUELL TRUST in the amount of $100,000,000 for the revoking and revesting of the Private Registered Bond principal for recoupment.

DATED: Honolulu, Hawaiʻi, November 9, 2026.
**TODD A. DUELL**
**Perfected Secured Party**
**Creditor**
**Authorized Agent**
**dba TODD ALAN DUELL TRUST**

Signature: ______________________

**CERTIFICATE OF SERVICE**

I, Todd Duell, declare under penalty of perjury that a true and exact copy of the following document was placed in the United States Mail, first class, pre-paid envelope and sent to the following parties:

**RESPONSE TO MOTION TO DISMISS. MOTION TO STRIKE**

California Franchise Tax Board
c/o Shane Hofeling
9646 Butterfield Way
Sacramento, CA 95827

California Department of Corrections and Rehabilitation
c/o Jennifer Neil
10111 Old Placerville Rd, Suite 100
Sacramento, CA 95827

SUPERIOR COURT OF CALIFORINA, COUNTY OF VENTURA
c/o Kate Beiker, Court Executive Officer
800 S. Ventura Avenue
Ventura, CA 93009

JP Morgan Chase Bank
Branch Manger
4147 Oceanside Blvd
Oceanside, CA 92056

DATED: Honolulu, Hawaiʻi, November 9, 2026.

**TODD A. DUELL**

Signature: ______________________